■ EUGENE SHIELDS, Respondent, v RUDY J. STEVENS, Appellant. (Appeal No. 2.)—Order and judgment unanimously affirmed, with costs. Same

memorandum as in *Shields v Stevens,* (55 AD2d 1017). (Appeal from order and judgment of Monroe Supreme Court—summary judgment.) Present—Marsh, P. J., Moule, Simons, Goldman and Witmer, JJ.